

FILED by ___ D.C.
ELECTRONIC
Apr 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

United States District Court
for the Southern District of Florida
Fort Lauderdale Division

Anita Cullen, individually and on
behalf of all others similarly
situated,

       Plaintiff,

v.                         Case No. 04-CIV060420 (KMM)

Templeton Growth Fund, Inc. and
Templeton Global Advisors Limited,

       Defendants.
_____/

## UNOPPOSED MOTION TO ADJOURN DEADLINES

Defendants moves to adjourn <u>sine die</u> the deadlines set forth in the Court's Pre-Trial Order dated April 6, 2004 because we expect that this action will soon be transferred to the District of Maryland as part of the MDL, <u>In re Mutual Funds Investment Litigation</u>, MDL-1586.  Plaintiff's counsel does not oppose this motion.

On February 24, 2004, we advised the Clerk of the Judicial Panel on Multidistrict Litigation that <u>Cullen</u> qualifies as a "tag-along" action to <u>In re Mutual Funds Investment Litigation</u>.[1]  On March 3, 2004, the Judicial Panel issued a conditional transfer order for actions about other mutual funds in the Templeton Fund Complex where the substantive allegations are identical to those in the Complaint in <u>Cullen</u>, e.g. <u>Kenerlev v. Templeton Funds, Inc. and Templeton Global Advisors Limited</u>, 03-772.  That

---

[1] A copy of our letter is attached.  On February 20, 2004, the Judicial Panel transferred 96 civil actions pending in federal district court throughout the United States to the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  Since that time, 152 additional actions have been transferred to the District of Maryland.

conditional transfer order is now final, and we anticipate that the Judicial Panel will issue a conditional transfer order as to <u>Cullen</u> in the relatively near future.

 I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 19th day of April, 2004 to George A. Zelcs, Esquire, Korein Tillery, Three First National Plaza, 70 West Madison Street, Suite 660, Chicago, IL  60602.

        JONES, FOSTER, JOHNSTON & STUBBS, P.A.
        Attorneys for Defendant
        505 South Flagler Drive
        Suite 1200
        West Palm Beach, FL  33401
        (561) 659-3000

        By: /s/ Roberto M. Vargas
         Sidney A. Stubbs
         Florida Bar No. 095596
         Roberto M. Vargas
         Florida Bar No. 0151106

N:\SAS\templeton\pleadings\unopposed-motion-deadlines-04-19-04.doc

United States District Court
for the Southern District of Florida
Fort Lauderdale Division

Anita Cullen, individually and on
behalf of all others similarly
situated,

       Plaintiff,

v.                                    Case No. 04-CIV060420 (KMM)

Templeton Growth Fund, Inc. and
Templeton Global Advisors Limited,

       Defendants.
_____/

## ORDER

Defendants' Unopposed Motion to Adjourn Deadlines set forth in the Court's Pre-Trial Order dated April 6, 2004 is granted.

                                          _____
                                          K. Michael Moore
                                          District Court Judge

Copies furnished:

George A. Zelcs, Esquire
Korein Tillery
Three First National Plaza
70 West Madison Street
Suite 660
Chicago, IL  60602

Sidney A. Stubbs, Esquire
Jones, Foster, Johnston & Stubbs, P.A.
505 South Flagler Drive
Suite 1200
West Palm Beach, FL  33401

N:\SAS\templeton\pleadings\order-001-sas-04-19-04.doc