UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No 04-60420-CIV-MOORE

ANITA CULLEN, individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.                              **ORDER**

TEMPLETON GROWTH FUND, INC. and
TEMPLETON GROWTH ADVISORS LTD.,

    Defendants.
_____/



THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Adjourn Deadlines (DE #4).

UPON CONSIDERATION of the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendants' Unopposed Motion to Adjourn Deadlines (DE #4) is GRANTED IN PART. The parties shall hold a scheduling conference within sixty (60) days of the date of this order. Within ten (10) days of the scheduling conference, counsel shall file a Joint Scheduling Report. If this action has not been transferred to the District of Maryland as part of the MDL, In re Mutual Funds Investment Litigation MDL-1586 by the above deadline, counsel must file a joint scheduling report. Failure of counsel to file a joint scheduling report may result in remand or in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of April, 2004.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record