

DOCKET NO. 1586

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION    0:04-60420-Civ -Moore

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-4)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 210 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ____F.Supp.2d____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 9 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel



# SCHEDULE CTO-4 - TAG ALONG CASES
# DOCKET NO. 1586
# IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV. C.A. #

**FLORIDA SOUTHERN**
FLS   0   04-60420           Anita Cullen v. Templeton Growth Fund, Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS      3   04-179               Joseph Parise, Jr., etc. v. Templeton Funds, Inc., et al.~~ Vacated 5/17/04

**NEVADA**
NV    2   03-1644           Marvin Kaplan, et al. v. Security Brokerage, Inc., et al.
NV    2   04-96             Tim Christman v. Security Brokerage, Inc., et al.

**NEW YORK SOUTHERN**
NYS   1   03-8939           Robert P. Kelly v. Strong Capital Management, Inc.
NYS   1   03-10191          Allen Colvin, et al. v. Massachusetts Financial Services Co., et al.
NYS   1   04-1045           Juliet Rintoul v. Massachusetts Financial Services Co., et al.
NYS   1   04-1143           Ed Casey v. Federated Global Investment Management Corp.
NYS   1   04-1185           John Hammerslough v. Massachusetts Financial Services Co.
NYS   1   04-1915           1199 Seiu Greater New York Pension Fund, et al. v. Marsh & McLennan Companies, Inc., et al.
NYS   1   04-2114           Richard A. Rehbock v. Alliance Capital Management Corp., et al.
NYS   1   04-2170           Robert J. Mocock v. Scudder 21st Century Growth Fund, et al.
NYS   1   04-2489           Hedi Hertz, etc. v. Harmon E. Burns, et al.

**WISCONSIN EASTERN**
WIE   2   03-1448           Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.
WIE   2   04-260            Sean Wilson, etc. v. Richard S. Strong, et al.
WIE   2   04-261            Brian Munroe, etc. v. Richard D. Strong, et al.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 19, 2004

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule CTO-4)

Dear Ms. Cannon:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule May 3, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judges:   Judge J. Frederick Motz; Judge Andre M. Davis
                           Judge Frederick P. Stamp, Jr., Judge Catherine C. Blake
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 38